FORM B5
(12/03)

# United States Bankruptcy Court
## Eastern District of New York

**INVOLUNTARY PETITION**

| IN RE (Name of Debtor - If individual, Enter: Last, First, Middle) | ALL OTHER NAMES used by debtor in the last 6 years (include married, maiden, and trade names) |
|---|---|
| **Andel Jewelry LLC** | |

LAST FOUR DIGITS OF SOC. SEC. NO/Complete EIN or other TAX I.D. NO. (If more than one, state all.)

| STREET ADDRESS OF DEBTOR (No. and street, city, state and zip code) | MAILING ADDRESS OF DEBTOR (if different from street address) |
|---|---|
| **31-00 47th Avenue,<br>Long Island City, N.Y.  1<br>Attn. Glenn Straub, Presi** | |

COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS: **Queens**

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (if different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7   ☐ Chapter 11

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

Petitioners believe:
☐ Debts are primarily consumer debts
☑ Debts are primarily business debts

BRIEFLY DESCRIBE NATURE OF BUSINESS
**Manufacture and sale of diamond inventory**

TYPE OF DEBTOR
☐ Individual       ☐ Stockbroker
☐ Partnership      ☑ Commodity Broker
☑ Corporation      ☐ Railroad
☐ Other:

### VENUE

☑ Debtor has been domiciled or has had a residence, principal place of business, or principle assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days in any other District.

☐ A Bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

### FILING FEE (Check on box)

☑ Full Filing Fee attached

☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets)

| Name of Debtor | Case Number | Date |
|---|---|---|
| | | |
| Relationship | District | Judge |
| | | |

### ALLEGATIONS
(Check applicable boxes)

COURT USE ONLY

1. ☑ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. §303(b).
2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute;

or

b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

*If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*

**TRANSFER OF CLAIM**

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X **s/ Ken Desai** _____
Signature of Petitioner or Representative (State title)

**Bluerays, Inc.**
Name of Petitioner          Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity
**Ken Desai**
**22 West 48 Street**
**New York, NY 10036**

X _____  **8/10/2005**
Signature of Attorney         Date

**Douglas J. Pick & Associates**
Name of Attorney Firm (If any)

**350 Fifth Avenue, Suite 3000**
**New York, NY 10118**

Address

**212 695 6000 (ext. 304)**
Telephone No.

---

X **s/** _____
Signature of Petitioner or Representative (State title)

**S. Rasiklal & Co.**
Name of Petitioner          Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity
**516, Prasad Chamber, Opera House**
**Mumbai, India**

X _____  **8/10/2005**
Signature of Attorney         Date

**Douglas J. Pick**
Name of Attorney Firm (If any)

**350 5th Ave, Suite 3000**

**New York**
**NY 10118**
Address

**212-695-6000**
Telephone No.

---

X **s/ Dinesh A. Shah, President** _____
Signature of Petitioner or Representative (State title)

**C. Dinesh & Co.**
Name of Petitioner          Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity
**Dinesh A. Shah, President**
**816/817, Prasad Chambers,**
**Pera House, Mumbai, India**

X _____  **8/10/2005**
Signature of Attorney         Date

**Douglas J. Pick**
Name of Attorney Firm (If any)

**350 5th Ave, Suite 3000**

**New York**
**NY 10118**
Address

**212-695-6000**
Telephone No.

| | |
|---|---|
| X **s/ Nitin Joban Putra**<br>Signature of Petitioner or Representative (State title)<br>**Sanghavi Diamonds Inc.**<br>Name of Petitioner    Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity<br>**Nitin Joban Putra**<br>**1212 Avenue of the Americas**<br>**New York, NY 10036** | X_____    **8/10/2005**<br>Signature of Attorney    Date<br>**Douglas J. Pick**<br>Name of Attorney Firm (If any)<br>**350 5th Ave, Suite 3000**<br>**New York**<br>**NY 10118**<br>Address<br>**212-695-6000**<br>Telephone No. |
| X **s/**<br>Signature of Petitioner or Representative (State title)<br>**Disons Gems, Inc.**<br>Name of Petitioner    Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity<br>**22 West 48th Street, Suite 300**<br>**New York, NY 10036** | X_____    **8/10/2005**<br>Signature of Attorney    Date<br>**Douglas J. Pick**<br>Name of Attorney Firm (If any)<br>**350 5th Ave, Suite 3000**<br>**New York**<br>**NY 10118**<br>Address<br>**212-695-6000**<br>Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| **Bluerays, Inc.** | **Goods sold and delivered** | **39,389.76** |
| **S. Rasiklal & Co.** | **Goods sold and delivered** | **191,157.39** |
| **C. Dinesh & Co.** | **Goods sold and delivered** | **172,433.16** |
| **Sanghavi Diamonds Inc.** | **Goods sold and delivered** | **195,877.57** |

<u>3</u>  Continuation sheets attached

| FORM 5 Involuntary Petition | Name of Debtor | **Andel Jewelry LLC** | |
|---|---|---|---|
| (6/92) | Case No. | | |
| | | (court use only) | |

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| **Disons Gems, Inc.** | **Goods sold and delivered** | **130,911.10** |

| Note: | If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners, Claims |
|---|---|---|
| | | **$ 729,768.98** |

<u>3</u>  Continuation sheets attached